Certificate Number: 03605-PR-DE-015523305

Bankruptcy Case Number: 11-05439


03605-PR-DE-015523305

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 21, 2011</u>, at <u>2:00</u> o'clock <u>PM AST</u>, <u>JUAN ORLANDO REYES RAMOS</u> completed a course on personal financial management given <u>in person</u> by <u>Consumer Credit Counseling Service of Puerto Rico, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>July 21, 2011</u>     By: _____

Name: <u>Francisco Garcia</u>

Title: <u>Counselor</u>